Melinda M. Morton (Bar No. 209373)
E-mail:mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail:jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Plaintiff EATON DRILLING COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EATON DRILLING COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DYNASTY PUMPS, INC., a California corporation; DANNY L. MORRIS, an individual; JOEL T. NAFZIGER, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01398-WBS-JDP<br><br>**STIPULATION TO CONTINUE DEADLINES; ORDER**<br><br>Dept:     Courtroom 5<br>Judge:    Hon. William B. Shubb |

Plaintiff EATON DRILLING COMPANY, LLC ("Plaintiff") and Defendants DYNASTY PUMPS, INC.; DANNY L. MORRIS and JOEL T. NAFZIGER (collectively "Defendants") (hereinafter Plaintiff and Defendants shall be referred collectively as the "Parties"), by and through their respective counsel of record, make and enter into this Joint Stipulation to Continue Deadlines ("Stipulation") with reference to the following facts:

WHEREAS, the parties have agreed to pursue mediation in an effort to reach an amicable resolution of this matter;

WHEREAS, in order to afford the parties time to conduct the mediation and focus on resolution of this matter, the parties respectfully submit that it would be appropriate to continue the current deadlines in this matter by approximately four (4) months;

WHEREAS, neither party has previously requested a continuation of the schedule in this

matter;

WHEREAS, the parties respectfully request that the Court continue the current deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 1/6/25 | 5/7/25 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 2/3/25 | 6/5/25 |
| All discovery to be completed | 3/3/25 | 7/22/25 |
| Final hearing date for all motions to compel discovery | 3/3/25 | 7/22/25 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 5/5/25 | 9/5/25 |
| Final pretrial conference | 7/14/25 | 12/15/25 |
| Jury trial (5-10 days) | 9/16/25 | 2/24/26 |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties

through their undersigned counsel of record and subject to the Court's approval, that the following deadlines in this matter will be continued as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 1/6/25 | 5/7/25 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 2/3/25 | 6/5/25 |
| All discovery to be completed | 3/3/25 | 7/22/25 |
| Final hearing date for all motions to compel discovery | 3/3/25 | 7/22/25 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 5/5/25 | 9/25/25 |
| Final pretrial conference | 7/14/25 | 12/15/25 |
| Jury trial (5-10 days) | 9/16/25 | 2/24/26 |

**IT IS SO STIPULATED**.

DATED:  December 17, 2024                    MOKRI VANIS & JONES LLP

                                             By:  /s/ Jose A. Montalvo
                                                  Todd A. Jones
                                                  Jose A. Montalvo

                                                  Attorneys for Defendant

DATED: December 17, 2024                     PROCOPIO, CORY, HARGREAVES &
                                               SAVITCH LLP


                                             By:  /s/ Melinda M. Morton
                                                  Melinda M. Morton
                                                  Jacob K. Poorman
                                                  Attorneys for Plaintiff EATON DRILLING
                                                  COMPANY

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the deadlines in this matter are hereby CONTINUED as follows:

| EVENT | PREVIOUS DATE | NEW DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 1/6/25 | 5/7/2025 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 2/3/25 | 6/5/2025 |
| All discovery to be completed | 3/3/25 | 7/22/2025 |
| Final hearing date for all motions to compel discovery | 3/3/25 | 7/22/2025 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 5/5/25 | 9/5/2025 |
| Final pretrial conference | 7/14/25 | 12/15/2025 at 1:30 p.m. |
| Jury trial (5-10 days) | 9/16/25 | 2/24/2026 at 9:00 a.m. |

1  **IT IS SO ORDERED.**

2  Dated: December 17, 2024

3  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE