1 Todd A. Jones (Bar No. 198024)
tjones@mvjllp.com
2 Dora M. Gamero (Bar No. 330909)
dgamero@mvjllp.com
3 MOKRI VANIS & JONES, LLP
8620 American River Drive, Suite 218
4 Sacramento, CA 95864
Telephone:       916.306.0434
5 Facsimile:       949.226.7150
6
7 Attorneys for Defendants
DYNASTY PUMPS, INC., DANNY L. MORRIS
8 and JOEL T. NAFZIGER

9                    UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11
EATON DRILLING COMPANY, LLC, a                  Case No.: 2:23-CV-01398-WBS-JDP
12 California Limited Liability Company,

13              Plaintiffs,                      **JOINT STIPULATION TO CONTINUE
                                                 DEADLINES; ORDER**
14         v.
                                                 Dept:       Courtroom 5
15 DYNASTY PUMPS, INC., a California              Judge:      Hon. William B. Shubb
corporation, DANNY L. MORRIS, an individual,
16 JOEL T. NAFZIGER, an individual, and DOES
1-20,
17
18              Defendants.

19

20         Plaintiff EATON DRILLING COMPANY, LLC ("Plaintiff") and Defendants DYNASTY

21 PUMPS, INC.; DANNY L. MORRIS and JOEL T. NAFZIGER (collectively "Defendants")

22 (hereinafter Plaintiff and Defendants shall be referred collectively as the "Parties"), by and through

23 their respective counsel of record, make and enter into this Joint Stipulation to Continue Deadlines

24 ("Stipulation") with reference to the following facts:

25 ///

26 ///

27 ///

28 ///

1

1    WHEREAS, the parties are working cooperatively to complete discovery, but require additional

2  time to complete discovery due to the complexity of the claims asserted and require additional time for

3  review and analysis;

4    WHEREAS, multiple witnesses still need to be deposed;

5    WHEREAS, the parties agree that additional time is also necessary to complete discovery in an

6  efficient and effective manner, and to allow for meaningful expert disclosures and depositions;

7    WHEREAS, the parties are currently in the process of scheduling mediation.  Additional time is

8  also necessary to exchange information in advance of mediation, and to allow the mediation to focus on

9  the mediation and to proceed without prejudice to either party's ability to prepare the case for trial, if

10  needed

11    WHEREAS, in order to afford the parties time to complete discovery and conduct the mediation

12  and focus on resolution of this matter, the parties respectfully submit that it would be appropriate to

13  continue the current deadlines in this matter by approximately three (3) months;

14    WHEREAS, neither party will be prejudiced by the requested continuance. On the contrary, the

15  parties may be subject to irreparable harm if the continuance is not granted;

16    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties

17  through their undersigned counsel of record and subject to the Court's approval, that the following

18  deadlines in this matter will be continued as follows:

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 05/07/2025 | 08/07/2025 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 06/05/2025 | 09/05/2025 |
| All discovery to be completed | 07/22/2025 | 10/22/2025 |
| Final hearing date for all motions to compel discovery | 07/22/2025 | 10/22/2025 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 09/05/2025 | 011/21/2025 |
| Final pretrial conference | 12/15/2025 | 03/23/2026 at 1:30 p.m. |
| Jury trial (5-10 days) | 02/24/2026 | 05/27/2026 at 9:00 a.m. |

///

///

///

///

///

3

1    **IT IS SO STIPULATED.**

2

3    DATED:  June _23___, 2025                PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

4

5                                                            By: _____/s/_____

6                                                                    Melinda M. Morton
                                                                       Jacob K. Poorman
7                                                                    Attorneys for Plaintiff EATON DRILLING
                                                                       COMPANY

8

9    DATED: June _23___, 2025                MOKRI VANIS & JONES LLP

10

11

12                                                          By: _____/s/_____

                                                                       Todd A. Jones
13                                                                   Dora M. Gamero
                                                                       Attorneys for Defendants DYNASTY PUMPS,
14                                                                   INC., DANNY L. MORRIS and JOEL T.
                                                                       NAFZIGER
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the deadlines in this matter are hereby CONTINUED as follows:

| EVENT | PREVIOUS DATE | NEW DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 05/07/2025 | 08/07/2025 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 06/05/2025 | 09/05/2025 |
| All discovery to be completed | 07/22/2025 | 10/22/2025 |
| Final hearing date for all motions to compel discovery | 07/22/2025 | 10/22/2025 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 09/05/2025 | 11/21/2025 |
| Final pretrial conference | 12/15/2025 | **03/23/2026 at 1:30 p.m.** |
| Jury trial (5-10 days) | 02/24/2026 | **05/27/2026 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  June 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE