Melinda M. Morton (Bar No. 209373)
E-mail:mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail:jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Plaintiff EATON DRILLING COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EATON DRILLING COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DYNASTY PUMPS, INC., a California corporation; DANNY L. MORRIS, an individual; JOEL T. NAFZIGER, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01398-WBS-JDP<br><br>**STIPULATION TO CONTINUE DEADLINES; ORDER**<br><br>Dept:    Courtroom 5<br>Judge:   Hon. William B. Shubb |

Plaintiff EATON DRILLING COMPANY, LLC ("Plaintiff") and Defendants DYNASTY PUMPS, INC.; DANNY L. MORRIS and JOEL T. NAFZIGER (collectively "Defendants") (hereinafter Plaintiff and Defendants shall be referred collectively as the "Parties"), by and through their respective counsel of record, make and enter into this Joint Stipulation to Continue Deadlines ("Stipulation") with reference to the following facts:

WHEREAS, the parties have agreed to pursue mediation in an effort to reach an amicable resolution of this matter;

WHEREAS, while the parties have agreed to pursue mediation in this matter before the Honorable Peter Kirwan, the parties have not yet been able to convene the mediation;

WHEREAS, in order to afford the parties time to complete discovery, conduct the mediation and focus on resolution of this matter, the parties respectfully submit that it would be

appropriate to continue the current pretrial deadlines and trial date in this matter;

WHEREAS, neither party will be prejudiced by the requested continuance. On the contrary, the parties may be prejudiced if the continuance is not granted;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel of record and subject to the Court's approval, that the following deadlines in this matter will be continued as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 08/07/2025 | 02/02/2026 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 09/05/2025 | 03/02/2026 |
| All discovery to be completed | 10/22/2025 | 04/13/2026 |
| Final hearing date for all motions to compel discovery | 10/22/2025 | 04/13/2026 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 11/21/2025 | 06/30/2026 |
| Final pretrial conference | 03/23/2026 at 1:30 p.m. | 09/08/2026 at 1:30 p.m. |
| Jury trial (5-10 days) | 05/27/2026 at 9:00 a.m. | 11/10/2026 at 9:00 a.m. |

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel of record and subject to the Court's approval, that the following deadlines in this matter will be continued as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 08/07/2025 | 02/02/2026 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 09/05/2025 | 03/02/2026 |
| All discovery to be completed | 10/22/2025 | 04/13/2026 |
| Final hearing date for all motions to compel discovery | 10/22/2025 | 04/13/2026 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 11/21/2025 | 06/30/2026 |
| Final pretrial conference | 03/23/2026 at 1:30 p.m. | 09/08/2026 at 1:30 p.m. |
| Jury trial (5-10 days) | 05/27/2026 at 9:00 a.m. | 11/10/2026 at 9:00 a.m. |

**IT IS SO STIPULATED**.

DATED:  August 18, 2025                    MOKRI VANIS & JONES LLP

                                           By:  /s/ Evan D. Williams
                                                Todd A. Jones
                                                Evan D. Williams
                                                Attorneys for Defendants DYNASTY
                                                PUMPS, INC., DANNY L MORRIS and
                                                JOEL T. NAFZIGER

DATED: August 18, 2025                     PROCOPIO, CORY, HARGREAVES &
                                              SAVITCH LLP

                                           By:  /s/ Melinda M. Morton
                                                Melinda M. Morton
                                                Jacob K. Poorman
                                                Attorneys for Plaintiff EATON DRILLING
                                                COMPANY

### **SIGNATURE ATTESTATION**

I hereby attest that all of the signatories to the foregoing document have concurred in the filing of the document, and have consented to having their signature affixed thereto. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                /s/ Melinda M. Morton
                                                Melinda M. Morton

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the deadlines in this matter are hereby CONTINUED as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Disclosure of experts and production of expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) | 08/07/2025 | 02/02/2026 |
| Disclosure of experts and production of expert reports with regard to testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) | 09/05/2025 | 03/02/2026 |
| All discovery to be completed | 10/22/2025 | 04/13/2026 |
| Final hearing date for all motions to compel discovery | 10/22/2025 | 04/13/2026 |
| All motions, except for motions for continuances, temporary restraining orders, or other emergency applications, due. | 11/21/2025 | 06/30/2026 |
| Final pretrial conference | 03/23/2026 at 1:30 p.m. | 09/08/2026 at 1:30 p.m. |
| Jury trial (5-10 days) | 05/27/2026 at 9:00 a.m. | 11/10/2026 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE